TRUSTEES OF EASTERN GAS AND FUEL ASSOCIATES *vs.*
ASSESSORS OF BOSTON.

Suffolk. January 7, 8, 1947. — July 24, 1947.

Present: LUMMUS, RONAN, WILKINS, & SPALDING, JJ.

*Taxation*, Appellate Tax Board: appeal to board; Personal property
tax: abatement. *Statute*, Retroactive statute.

An appeal to the Appellate Tax Board, filed on April 11, 1946, from a
denial by assessors of an application, filed with them on September
28, 1945, and not acted upon by them, for abatement of a personal
property tax, properly was dismissed as not seasonably filed. Follow-
ing *E. B. Horn Co.* v. *Assessors of Boston*, ante, 579.

APPEAL from a decision by the Appellate Tax Board.

*J. A. Gage*, for the taxpayer.

*O. F. Brock*, Assistant Corporation Counsel, for the as-
sessors.

WILKINS, J. This is an appeal by the taxpayers from a
decision of the Appellate Tax Board dismissing, as not
seasonably filed, an appeal from the refusal of the board
of assessors of the city of Boston to abate a personal prop-
erty tax for the year 1945. The application for abatement
was duly filed on September 28, 1945, the day after the tax
was paid. The assessors failed to act upon the application.
These facts appear from the appeal filed with the Appellate
Tax Board on April 11, 1946.

This case is indistinguishable from, and fully covered by
the authority of, *E. B. Horn Co.* v. *Assessors of Boston*,
*ante*, 579.

*Appeal from refusal of assessors*
*to abate dismissed.*

MEMORANDA.

On the twenty-fourth day of July, 1947, the Honorable FRED TARBELL FIELD resigned the office of Chief Justice of this court, which he had held since the thirtieth day of June, 1938, following service as Associate Justice of the court since the thirtieth day of January, 1929.

On the sixth day of August, 1947, the Honorable STANLEY ELROY QUA was appointed Chief Justice of this court, having held the office of Associate Justice since the nineteenth day of December, 1934. He first sat as Chief Justice at a sitting of the court in Boston on the eighth day of September, 1947.

On the thirteenth day of August, 1947, the Honorable HAROLD PUTNAM WILLIAMS, a Justice of the Superior Court, was appointed an Associate Justice of this court. He first sat with the court in Boston on the eighth day of September, 1947.